

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-20-00133-CR

---

KEITHAN KASHAD BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 296th District Court
Collin County, Texas
Trial Court No. 296-84517-2018

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Keithan Kashad Brown has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted: May 4, 2021
Date Decided: May 5, 2021

Do Not Publish